# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 1:25-cr-69 |
| | ) | |
| v. | ) | Judge Travis R. McDonough |
| | ) | |
| ASHLEY NICOLE RODERICK | ) | Magistrate Judge Christopher H. Steger |
| | ) | |

## ORDER

U.S. Magistrate Judge Christopher H. Steger filed a report and recommendation (Doc. 151) recommending that the Court: (1) grant Defendant's motion to withdraw her not guilty plea to Count Twenty-Seven of the thirty-four count Indictment; (2) accept Defendant's guilty plea to Count Twenty-Seven of the thirty-four count Indictment; (3) adjudicate Defendant guilty of possession with intent to distribute fentanyl in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C); and (4) order that Defendant remain in custody pending sentencing or further order of this Court. (*See id.*)

After reviewing the record, the Court agrees with Magistrate Judge Steger's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Doc. 151) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw her not guilty plea to Count Twenty-Seven of the thirty-four count Indictment is **GRANTED**;

2. Defendant's plea of guilty to Count Twenty-Seven of the thirty-four count Indictment is **ACCEPTED**;

1

3. Defendant is hereby **ADJUDGED** guilty of possession with intent to distribute fentanyl in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C); and

4. Defendant **SHALL REMAIN** in custody until further order of this Court or sentencing in this matter which is scheduled to take place on **April 10, 2026, at 9:00 a.m. EST** before the undersigned.

**SO ORDERED.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**